**Order entered May 6, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00069-CV**

**RENESHA O. GRIFFIN, Appellant**

**V.**

**ESTELLE VILLAGE, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-03882-B**

**ORDER**

The clerk's record in this case is overdue. By postcard dated March 29, 2022, we notified the Dallas County Clerk that the clerk's record was overdue. We directed the Dallas County Clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed.

Accordingly, we **ORDER** the Dallas County Clerk to file, within **FIFTEEN DAYS** of the date of this order, either the clerk's record or written verification that appellant has not paid for or made arrangements to pay for the record and that she

is not entitled to proceed without payment of costs. *We notify appellant that if we receive verification she has not paid for or made arrangements to pay for the record and is not entitled to proceed without payment of costs, we will, without further notice, dismiss the appeal.* See TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk of the Court to send a copy of this order to:

John Warren
Dallas County Clerk

All parties

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE